IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

PHILLIP MCGILBERRY                                                                          PLAINTIFF

V.                                                                    CAUSE NO.: 4:16CV040-SA-DAS

TIMOTHY MORRIS, Warden Unit – 29, and
JOHNNIE DENMARK, Warden Unit - 29                                              DEFENDANTS

ORDER CANCELLING TRIAL DATE

A review of the docket shows that Defendant Johnnie Denmark has not been served, despite a Notice from the Office of the Attorney General that they could not accept service of process on his behalf in September of 2016. Accordingly, the trial currently scheduled for August 21, 2017 is CANCELLED, and shall be reset by separate notice once all procedural requirements are completed.

SO ORDERED, this the 9th day of August, 2017.

                                                   /s/ Sharion Aycock
                                                   **U.S. DISTRICT JUDGE**